CNC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

Nikki Lee, aka Nick Lee
fka James Wellens,
(dob: 1962)

U.S. DISTRICT COURT
EASTERN DISTRICT-W
FILED

2012 JUL 24 A 8:31

JON W. SANFILIPPO
CLERK

**WARRANT FOR ARREST**
(Milwaukee Division)

CASE NO. 12 - CR 126

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **NIKKI LEE**, and bring him forthwith to the nearest magistrate judge to answer to an **Indictment** charging him with beginning on or about March 21, 2007 and continuing until on or about September 3, 2009, in the State and Eastern District of Wisconsin:

Having devised a scheme to defraud and obtain money from a financial institution by means of materially false and fraudulent pretenses, representations, and promises;

All in violations of Title 18, United States Code, Sections 1014, 1343, and 1344.

JON W. SANFILIPPO
Name of Judicial Officer

_Karen Falkenberg_
(By) Deputy Clerk
Bail fixed at $_____

United States District Court Clerk
Title of Issuing Officer

June 19, 2012 at Milwaukee, Wisconsin
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Detroit MI |

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/23/12 | FBI Detroit SA | [signature] SA FBI |

Case 2:12-cr-00126-CNC   Filed 07/24/12   Page 1 of 1   Document 4
AO 442 (Rev. 5/85) Warrant for Arrest