UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.    Case No. 12-CR-126

NIKKI LEE,    [18 U.S.C. §§ 152, 157, 1014,
a/k/a Nick Lee,    1343, 1344, 1957(a)]
f/k/a James Wellens,

      Defendant.

### ORDER GRANTING UNITED STATES' MOTION TO STAY AND TO PERMIT RECONSIDERATION IN THIS JUDICIAL DISTRICT OF PRETRIAL RELEASE ORDER

Upon consideration of the United States' Motion to Stay and to Permit Reconsideration in this Judicial District of Pretrial Release Order, and the papers and pleadings on file in this matter,

IT IS ORDERED that the United States' motion is GRANTED.

IT IS FURTHER ORDERED that United States Magistrate Judge R. Steven Whalen's July 24, 2012, Order Setting Conditions of Release, regarding Defendant Nikki Lee, entered in Case No. 12-30459 (E.D. Michigan), is STAYED pending the conduct of a detention hearing before a Magistrate Judge in this judicial district.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2012.

      BY THE COURT

      /s/ C. N. Clevert, Jr.
      C. N. CLEVERT, JR.
      CHIEF U. S. DISTRICT JUDGE